## UNITED STATES DISTRICT COURT
### for the Western District of Texas

| | | | |
|---|---|---|---|
| Pipeline Innovation Group, LLC, | Plaintiff | § | |
| vs. | | § | Civil Action No. 1:25-cv-1483-DAE |
| Quick Bucket, LLC, et al, | | § | |
| | Defendants | § | **PROOF OF SERVICE AFFIDAVIT** |

Before me, the undersigned authority, personally appeared Tod E. Pendergrass, to me well known, after being duly sworn, did depose and say:

"My name is Tod E. Pendergrass. I am not a party to or interested in the outcome of the above styled and numbered suit. I am at least 18 years old and my address is 516 West Annie, Austin, Texas 78704, United States of America. Pursuant to Texas Government Code, Section 156.001.(2), I am a process server certified by the Judicial Branch Certification Commission under Order of the Texas Supreme Court to serve process; certification no. PSC1660, exp. 11/30/2027.

Came to hand on September 16, 2025, at 1:06 p.m., Summons in a Civil Action and Verified Complaint for service on Defendant Fleur D'Ville Holdings Inc.

Executed on September 18, 2025, at 1:35 p.m. by delivering to Defendant's registered agent, Registered Agents, Inc., by delivering in person to Kimmie Stone, employee/agent designated to receive process for the registered agent, at 5900 Balcones Drive, Ste. 100, Austin, Texas 78731.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct."

Printed Name:    Tod E. Pendergrass

Service Fee $90.00

_____
Signature of non-party adult
DRLS, 516 W. Annie Street, Austin, TX 78704

VERIFICATION:  STATE OF TEXAS, COUNTY OF TRAVIS                    Re:  Fritz/6464-2

Before me, a notary public, on this day personally appeared the above-named person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements/facts therein contained are within his/her personal knowledge to be true and correct. Given under my hand and seal of office on September 23, 2025.

STAR SALAZAR
Notary Public, State of Texas
Comm. Expires 04/27/2027
Notary ID 187334

_____
Notary Public Signature in and for
the State of TEXAS

**(This Proof of Service Affidavit is made pursuant to FRCP 4(l)(1))**